# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR CARTER,** | : | **CIVIL ACTION NO. 1:17-CV-672** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN LANE,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 13th day of June, 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice for lack of jurisdiction.

2. The motion to proceed *in forma pauperis* (Doc. 4) is GRANTED for the sole purpose of the filing of this action.

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania